IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| TIFFANY KEPHART,<br><br>            Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA,<br><br>            Defendant. | CV-06-97-BLG-CSO<br><br>**ORDER** |

   Upon the motion of attorney William J. Mattix, counsel for Defendant National Union Fire Insurance Company of Pittsburgh, Pennsylvania, for admission of Lane Ashley to appear *pro hac vice* in the above-captioned matter, and it appearing that the requirements of Local Rule 83.3 are met,

   IT IS HEREBY ORDERED that Lane Ashley, of Lewis, Brisbois, Bisgaard & Smith, Suite 1200, 221 North Figueroa Street, Los Angeles, California 90012-2601, (213) 250-1800, (213) 250-7900 (Facsimile), is admitted to practice *pro hac vice* in this case, with William J. Mattix appearing as local counsel, subject to the requirements of Local Rule 83.3(e) & (f).

   DATED this 13th day of June, 2007.

                              **/S/** Carolyn S. Ostby
                              Carolyn S. Ostby
                              United States Magistrate Judge

-1-